IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA RUIZ | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 18-cv-03627-WB |
| BOARDWALK 1000, LLC et al | : | |
| Defendant. | : | |

## NOTICE

A settlement conference will be held on **December 19, 2018** at **2:00 p.m.** before the Honorable Richard A. Lloret, United States Magistrate Judge. Please report to the **James A. Byrne U.S. Courthouse**, **601 Market Street, Room 4006 (Chambers), Philadelphia, PA 19106**.

- **Plaintiff(s) must make a demand before the settlement conference. Defendant(s) must make an offer before the conference.**

- **Please notify the court by joint telephone conference if settlement is not a real possibility, for example, if the defendant will not make an offer or will offer only nuisance value.**

- **Counsel is responsible to have clients with <u>full settlement authority</u> physically present for the duration of the conference.[1] A call for additional authority to settle ordinarily means that the in-person representative did not have full settlement authority.**

Please complete the attached summary and e-mail it to Chambers at sheila_mccurry@paed.uscourts.gov on or before **December 18, 2018.**

                                */s/ Sheila McCurry*
                                SHEILA MCCURRY
                                Courtroom Deputy to the
                                Honorable Richard A. Lloret
                                U.S. Magistrate Judge
                                267-299-7410

**Date:** December 17, 2018

---

[1] Each entity with an interest in the case (for instance, an insurance company *and* the insured) must have a person with full settlement authority in attendance.

SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____ JURY / NONJURY
(Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING THE SETTLEMENT CONFERENCE:

Name: _____

Address: _____

Phone: _____

Client: _____

CLIENT ATTENDING THE SETTLEMENT CONFERENCE:

<u>Name of the person with full settlement authority who will be present at the settlement conference (include the person's company and position where applicable)</u>:

_____

MOTIONS PENDING:

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

DEMAND AND OFFER:

_____

_____

ATTACH A **ONE PAGE** SYNOPSIS OF THE CASE.